# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 5, 2019

## NO. 03-18-00603-CV

**Alex E. Jones; Infowars, LLC; and Free Speech Systems, LLC, Appellants**

**v.**

**Leonard Pozner and Veronique De La Rosa, Appellees**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on August 29, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.